UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MEI-FANG WANG | ) | |
| Plaintiff(s), | ) | No. C06-3472 SBA (BZ) |
| v. | ) | **NOTICE OF RECUSAL** |
| CHIUNG YEN CHI, | ) | |
| Defendant(s). | ) | |

I hereby recuse myself in the above action.

Dated: October 20, 2006

                                                  /s/ Bernard Zimmerman
                                                  Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\wang.recusal.pdf.wpd