UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mei-Fang Wang, an individual, | **CASE NO.  C06-03472 SBA** |
| Plaintiff, | **ORDER FOR MOTION TO BE RELIEVED AS COUNSEL** |
| vs. | **Date: February 13, 2007** |
| Chiung Yen Chi, an individual; Chin Chan Chi, an individual; and DOES 1 through 50, inclusive, | **[Hon. Saundra Brown Armstrong]** |
| Defendants. | |

This matter comes before the Court on the motion of Plaintiff's Counsel to be relieved as Counsel of record. Having reviewed the moving papers, considered the arguments of counsel and concluding that no opposition has been filed by either the Defendants or the Plaintiff notwithstanding the effectuation of service, and good cause appearing, the Court hereby GRANTS the motion.

Plaintiff is advised to secure substitute counsel within the next 30 days unless it is Plaintiff's intent to proceed *pro se*. In the event that Plaintiff elects to proceed *pro se*, Plaintiff is reminded of her obligation to comply with the Federal and Local Rules and Orders of this Court.  Failure to comply with any of these rules or orders may result in sanctions, up to and including termination of this lawsuit.

1    IT IS ORDERED that the Law Office of Ernesto F. Aldover is
2 hereby relieved as Counsel for Plaintiff Mei-Fang Wang on the
3 condition that Counsel continues to accept service of  papers for
4 forwarding purposes until Plaintiff appears with substitute
5 counsel or *pro se.*

7    It is further ordered that a telephonic Case Management
8 Conference is set in this matter for April 4, 2007, 2:45 p.m.
9 Counsel for defendant shall initiate the conference call to the
10 court with all parties on the line.  The parties are ordered to
11 meet and confer and to submit a Case Management Conference
12 statement at least 10 days prior to the hearing which advises the
13 Court of the status of the case and any need for modification of
14 the current scheduling order.

16 IT IS SO ORDERED,

18 Date: February 13, 2007                    _____
                                             **Hon. Saundra Brown Armstrong**
19                                           **U.S. District Court Judge**

-2-