WANG, HARTMANN & GIBBS, P.C.
A Professional Law Corporation
Richard F. Cauley (SBN:109194)
Michelle M. McCliman (SBN: 191241)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

Attorneys for Plaintiff Mei-Fang Wang

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI-FANG WANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHIUNG YEN CHI, an individual;<br>CHIN CHAN CHI, an individual; and<br>DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. SC06-03472 SBA<br><br>STIPULATION AND [PROPOSED] ORDER RE STAY OF PROCEEDINGS DURING SETTLEMENT NEGOTIATIONS |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff MEI-FANG WANG, ("Plaintiff") and Defendants CHIUNG YEN CHI and CHIN CHAN CHI (collectively, "Defendants") who have appeared in the above-entitled-action that:

- The parties have essentially reached a settlement of this Action.
- Due to scheduling conflicts between the parties and the fact that Plaintiff is currently out of the country, the parties agree to stay this

- 1 -
STIPULATION AND ORDER

1  Action for one month to allow the parties to finalize the settlement
2  and dismiss this Action.
3  • The case is dismissed with prejudice, however, if any party hereto
4  shall certify to this court, within thirty (30) days, with proof of
5  service of a copy thereof, that the agreed consideration for said
6  settlement has not been delivered over, the foregoing order shall
7  stand vacated and this cause shall forthwith be restored to the
8  calendar to be set for trial.

10  Dated: 20 Mar , 2007          WANG, HARTMANN & GIBBS
11                                 A Professional Law Corporation
12
13                                 By: /s/
14                                    Richard F. Cauley
                                      Michelle M. McCliman
15                                    Attorneys for Plaintiff

17  Dated: 3·20 , 2007             PILLSBURY WINTHROP SHAW
18                                 PITMAN, LLP
19
20                                 By: /s/
21                                    Vernon H. Granneman
                                      Attorney for Defendants

26                                 **ORDER**
27  Based upon the Stipulation of the parties who have appeared in the above-
28  entitled Action,

IT IS HEREBY ORDERED:

~~1. The above proceedings are hereby stayed for thirty (30) days from the date of this Order.~~ SBA

2. The case is dismissed with prejudice, however, if any party hereto shall certify to this court, within thirty (30) days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall fall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: MARCH 22, 2007

*Sandra B Armstrong*
Sandra Brown Armstrong
United States District Judge

- 3 -
STIPULATION AND ORDER

## PROOF OF SERVICE [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On March 20, 2007 I served the foregoing document, described as

**STIPULATION AND [PROPOSED] ORDER RE STAY OF PROCEEDING DURING SETTLEMENT NEGOTIATIONS**

on the interested parties in this action

XXX   by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

Vernon H. Granneman
Pillsbury Winthrop Shaw Pittman, LLC
2475 Hanover Street
Palo Alto, CA 94304

XXX   BY U.S. MAIL - I caused such envelope to be deposited in the United States Mail, First Class Postage Prepaid at Newport Beach, California on March 20, 2007.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

XXX   I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

XXX   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on March 20, 2007, at Newport Beach, California.

_Kelly Floyd_
Kelly Floyd